**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6523**

---

CORNELIUS TUCKER, JR.,

                                    Plaintiff - Appellant,

        versus

SERGEANT  SEIBER;  CUSTODIAN  FOX;  SERGEANT
AUSTIN; MCWILLIAMS,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-93-215-CRT-F)

---

Submitted:  October 17, 1996        Decided:  October 24, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Cornelius Tucker, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for reconsideration of the entry of a pre-filing injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Tucker v. Seiber</u>, No. CA-93-215-CRT-F (E.D.N.C. Mar. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>